

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

ROBERT FRAZER
UNITED STATES ATTORNEY

*John T. Stinson*
*Assistant United States Attorney*
*Deputy Chief, Civil Division*

*401 Market Street, 4th Fl.*
*Camden, NJ 08101*
*john.stinson@usdoj.gov*

*main: (856) 757-5026*
*direct: (856) 757-5139*

May 12, 2026

**By ECF**
Hon. Claire C. Cecchi, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

> Re:   ***Cotzomi Mani v. Blanche et al.*, No. 26-cv-05247**
> **Request for Extension of Deadline to 5 p.m. Today**

Dear Judge Cecchi:

This Office represents the Respondents in the above-referenced § 2241 matter where Petitioner Joel Cotzomi Mani challenges his detention by U.S. Immigration and Customs Enforcement ("ICE") and seeks emergency release based on his medical conditions. We write in response to the Court's Text Order at ECF No. 12 to respectfully request an extension to 5 p.m. this afternoon.

Respondents respectfully urge that good cause supports this request. The Text Order issued from ECF at 8:53 p.m. yesterday. ICE needs input from both Elizabeth Contract Detention Facility and ICE Health Services Corps to respond in full, but contact people for those inquiries were not available late last night. As Petitioner's family notes in the letters at ECF Nos. 10-11, Petitioner is receiving his medications and the questions raised address issues of timing and method of administration. They do not dispute that he is receiving care, including his prescriptions. A five-hour extension to 5 p.m. will permit Respondents to provide a fuller and more complete response for the Court's consideration.

If this proposal is acceptable to the Court, we respectfully request that Your Honor "so order" this letter and have the Clerk's Office file it on the docket. Thank you very much for your time and consideration of this request.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: /s/ *John T. Stinson*
JOHN T. STINSON
Assistant United States Attorney
Deputy Chief, Civil Division

cc: Franklin Montero, Esq. (by ECF)

SO ORDERED

*s/Claire C. Cecchi*
CLAIRE C. CECCHI, U.S.D.J.

Date: 5/12/2026

2