**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| JOEL COTZOMI MANI, | |
| Petitioner, | Civil Action No. 26-5247 |
| v. | **ORDER** |
| TODD BLANCHE, et al. | |
| Respondents. | |

**CECCHI, District Judge**

Before the Court is Petitioner Joel Cotzomi Mani's petition for a writ of habeas corpus under 28 U.S.C. § 2241. ECF No. 1 ("Petition"). Having reviewed the § 2241 Petition pursuant to Rule 4 of the Rules Governing Section 2241 Proceedings in the United States District Courts, the Court concludes that it is appropriate for the Petition to proceed at this time.[1]

**Accordingly, IT IS** on this 12th day of May 2026,

**ORDERED** that within fourteen days of the date of the entry of this Order, Respondents shall file and serve a response which responds to the allegations and grounds in the Petition which includes all affirmative defenses Respondent seeks to invoke; and it is further

**ORDERED** that Respondent shall file and serve with the response certified copies of all documents necessary to resolve Petitioner's claims and affirmative defenses; and it is further

---

[1] Also before the Court is Petitioner's Emergency Motion for a Temporary Restraining Order ("TRO"). ECF No. 2. The TRO indicated that Petitioner has a "grave neurological condition" and asserted that he had not received any medication for this condition since he was detained. *Id.* at 2. In response, the Court requested and received several submissions from both Petitioner and Respondents. ECF Nos. 4, 6–16. After Petitioner clarified that he has been receiving his medications, Respondents confirmed that these medications were being provided in a manner that allowed Petitioner to take them in accordance with his prescriptions. ECF Nos. 10–11, 15–16. Accordingly, there does not appear to be an urgent medical concern at this time to warrant emergent injunctive relief.

**ORDERED** that within seven days of receipt of the response, Petitioner may file a reply to the answer; and it is further

**ORDERED** that within seven days of Petitioner's release, be it parole or otherwise, Respondent shall electronically file a written notice of the same with the Clerk's Office; and it is further

**ORDERED** that Petitioner's motion for a TRO (ECF No. 2) is **DENIED AS MOOT**; and it is further

**ORDERED** that the Clerk's Office shall serve a copy of this Order upon Petitioner by regular U.S. mail.

*s/ Claire C. Cecchi*

**HON. CLAIRE C. CECCHI**
United States District Judge