

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

ROBERT FRAZER
UNITED STATES ATTORNEY

Jacob E. Heric
*Special Assistant U.S. Attorney*

*970 Broad Street, Suite 700*          *main: (973) 645-2700*
*Newark, NJ 07102*                     *direct: (973) 645-2709*
jacob.heric@usdoj.gov

July 9, 2026

<u>Via ECF</u>

Honorable Claire C. Cecchi, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

    Re:    *Cotzomi Mani v. Blanche,* **No. 26-5247 (CCC)**
            **Request to Close This Case and Lift Restrictions on Transfer**

Dear Judge Cecchi:

    This Office represents Respondents in this habeas matter. On May 28, 2026, this Court issued an Order, ECF No. 22, directing Respondents to provide Petitioner with a bond hearing on or before June 4, 2026, and to provide a written notice of the outcome of that hearing within three days of its occurrence. The bond hearing occurred on June 2, 2026, and this Office provided the required written notice of its occurrence and outcome on June 3, 2026.

    We now write to further update the Court that, on June 24, 2026, Petitioner requested and was granted Voluntary Departure. *See attached*, Order of the Immigration Judge, dated June 24, 2026. U.S. Immigration and Customs Enforcement stands ready to facilitate Petitioner's departure from the United States. Thus, we respectfully ask that the Court close this matter and lift all restrictions on Petitioner's transfer.

    Thank you for your continued attention to this matter.

                         Respectfully submitted,

                         ROBERT FRAZER
                         United States Attorney

The previous stay of Petitioner's
transfer, ECF No. 4, is hereby lifted.

SO ORDERED             By:   */s/ Jacob Heric*
                              JACOB HERIC
   *s/Claire C. Cecchi*              Special Assistant U.S. Attorney
CLAIRE C. CECCHI, U.S.D.J.      *Attorneys for Respondents*

Date:  7/20/2026